|   |   |   |
|---|---|---|
| 1 | | HONORABLE RONALD B. LEIGHTON |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD DUNCAN, | CASE NO. C11-5090RBL |
| Plaintiff, | ORDER |
| v. | |
| CORY LARSON; DAMON GULICK; and JANE WILSON, | |
| Defendant. | |

THIS MATTER comes on before the above-entitled court upon Plaintiff's Application to Proceed *In Forma Pauperis* and proposed Complaint. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Plaintiff's Application to Proceed *In Forma Pauperis* is deficient because he does not provide a signed written consent as to recovery. CR 3(b)(2), Local Rules W.D. Wash.

Plaintiff has filed a proposed Complaint under 28 U.S.C. § 1983. To state a claim under 42 U.S.C. § 1983, plaintiff must plead that (1) the defendant is a person acting under color of state law; and (2) defendant's conduct deprived the plaintiff of rights, privileges or immunities secured by the Constitution or the laws of the United States. *See Parratt v. Taylor*, 451 U.S. 527, 535 (1981) (overruled in part on other grounds by *Daniels v. Williams*, 474 U.S. 327 (1986)).

ORDER- 1

1   Implicit in the second element is a third element of causation.  *Mt. Healthy City School Dist. Bd.*
2   *of Ed. v. Doyle,* 429 U.S. 274, 286-87 (1977).

3   Plaintiff's Complaint does not provide the Court with enough factual information to
4   determine whether the case has any merit thereby requiring service of the summons and
5   complaint.  It appears that plaintiff is alleging that certain individuals who work for Child
6   Protective Services "discriminated" against him.  It also appears that there may have been some
7   court hearings resulting in some sort of "agreement" or court order.  It is unclear if court
8   proceedings are concluded.  By way of relief, plaintiff seeks "a new and complete investigation."
9   He also seeks money damages and "that the CPS procedures be reevaluated and changes be
10  made."

11  Plaintiff shall file with the Clerk a written consent as to recovery within 14 days of entry
12  of this Order.  Plaintiff shall also file within 14 days of entry of this Order an Amended
13  Complaint setting forth in greater detail who did what to whom and when.  He shall also indicate
14  which of his rights were violated by the actions of the named defendants.  He shall also include
15  in his Amended Complaint what proceedings, if any, occurred in any other court.  Plaintiff is
16  notified that this Court does not have jurisdiction to review decisions of state courts in matters
17  such as these.  To the extent he wants a "do-over" of prior state court proceedings, this Court
18  cannot provide him with the relief he seeks.

19  Plaintiff is cautioned that the failure to abide by this Order will result in the denial of his
20  Application to Proceed *In Forma Paupers* and dismissal of his Complaint.

21  **IT IS SO ORDERED.**

22

23

24

1     The Clerk shall send uncertified copies of this order to all counsel of record, and to any

2 party appearing pro se.

3     Dated this 8th day of February, 2011.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER- 3