HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD DUNCAN, | CASE NO. C11-5090RBL |
| Plaintiff, | ORDER |
| v. | |
| CORY LARSON; DAMON GULICK; and JANE WILSON, | |
| Defendant. | |

A Motion for Leave to Proceed *In Forma Pauperis* was filed in this case on February 1, 2011. On February 8, 2011, this Court filed an Order [Dkt. #2] requesting plaintiff to file a signed written consent as to recovery within 15 days (February 23, 2011) and also to file an Amended Complaint within 14 days of the date of that Order. On March 15, 2011, this Court filed an Order directing the plaintiff to show cause before March 31, 2011 why he has not responded to the Court's previous Order and why his Complaint should not be dismissed. Plaintiff was further informed that if he did not respond to the Order to Show Cause his Complaint would be dismissed. To date, the plaintiff has not responded to the Court's Orders.

Plaintiff's Complaint is hereby **DISMISSED.**

**IT IS SO ORDERED.**

ORDER- 1

1     The Clerk shall send uncertified copies of this order to all counsel of record, and to any

2 party appearing pro se.

3     Dated this 4th day of April, 2011.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
for Ronald B. Leighton
United States District Judge

ORDER- 2